583 A.2d 333

JULES LIPPE AND CORRINE LIPPE v. THE CITY
OF PLAINFIELD.

March 7, 1990.

Petition for certification denied.

583 A.2d 333

JULES LIPPE AND CORRINE LIPPE v. THE CITY
OF PLAINFIELD.

JULES LIPPE AND CORRINE LIPPE v. THE TOWNSHIP
OF SCOTCH PLAINS.

JULES LIPPE AND CORRINE LIPPE v.
GEO-TECH ASSOCIATES, INC.

March 7, 1990.

Cross–Petition for certification denied.

583 A.2d 334

JULES LIPPE AND CORRINE LIPPE v. THE TOWNSHIP
OF SCOTCH PLAINS.

March 7, 1990.

Petition for certification denied.

583 A.2d 334

PHILIP GIGANTE v. FRANK FINLAY.

March 7, 1990.

Petition for certification denied.